UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH,              ) | |
| )                              | |
| Plaintiff,           ) | |
| )                              | |
| vs.                            ) | Civil Action No. 07-0485 ESH |
| )                              | |
| MICHAEL J. ASTRUE[1]           ) | |
| Commissioner of Social Security, ) | |
| )                              | |
| Defendant.           ) | |
| )                              | |

CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for an extension of time to June 28, 2007, for defendant to file his answer and the administrative record in the case. The plaintiff, who is pro se, has consented to this motion.

The Social Security Administration provided undersigned counsel with materials, including a supporting declaration, for a motion to dismiss this case on the ground that it was filed out of time. In reviewing the PACER docket yesterday, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant determined, from a review of the documents filed in the case, that the complaint had been lodged with the Court on February 20, 2007, which means that the case was filed within the proper time limit, even though the date of filing in the PACER docket is given as March 14, 2007. (Due to restrictions on access to social security cases, only undersigned counsel has access to the contents of the documents filed with

---

[1] Michael J. Astrue, the Commissioner of the Social Security Administration, is the proper defendant in this case, not Judge Arthur, the administrative law judge who rendered a decision in this case.

the Court.)  The additional time is, therefore, needed for the agency to prepare the administrative record for filing in this Court, together with the answer.

    A proposed order is attached.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                      United States Attorney
                              /s/
                      FRED E. HAYNES, D.C. Bar # 165654
                      Assistant United States Attorney
                      555 4th Street, NW., Room E-4110
                      Washington, D.C.  20530
                      202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH            ) | |
|                                ) | |
|     Plaintiff,            ) | |
|                                ) | |
| vs.                         ) | Civil Action No. 07-0485 ESH |
|                                ) | |
| MICHAEL J. ASTRUE,            ) | |
| Commissioner of Social Security,  ) | |
|                                ) | |
|     Defendant.            ) | |
| _____) | |

## ORDER

Having considered defendant's consent motion for an extension of time for defendant to file his answer and the administrative record, it is this ____ day of _____ , 2007,

ORDERED that defendant shall have to June 18, 2007, to file his answer and the administrative record.

                                        UNITED STATES DISTRICT JUDGE

Copies to Plaintiff, who is pro se, and
to counsel for Defendant.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion for extension of time was served by first-class mail, postage prepaid, on May 29, 2007, on plaintiff at the following address:

>Mr. Joseph Smith
>606 Galveston Place, SE
>Washington, D.C. 20032

>/s/
>FRED E. HAYNES, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, NW., Room E-4110
>Washington, D.C.  20530
>202.514.7201