UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH            )<br>                            )<br>       Plaintiff,          )<br>                            )<br>vs.                         )   Civil Action No. 07-0485 ESH<br>                            )<br>MICHAEL J. ASTRUE[1]        )<br>Commissioner of Social Security, )<br>                            )<br>       Defendant.           )<br>                            ) | |

ANSWER

Defendant, Michael J. Astrue, Commissioner, Social Security Administration ("Commissioner"), by counsel, answers and otherwise responds to plaintiff's complaint as follows:

FIRST DEFENSE

Defendant answers the allegations contained in each sentence of plaintiff's complaint as follows:

First Sentence.  This is plaintiff's characterization of his case as to which no answer is required.

Second Sentence.  Denied.

Third Sentence.  Denied.

Fourth Sentence.  It is admitted that plaintiff suffers from a severe back impairment that produces a measure of pain and that prevents him from performing his past relevant work.

---

[1] Michael J. Astrue, the Commissioner of the Social Security Administration, is the proper defendant in this case, not Judge Arthur, the administrative law judge who rendered a decision in this case.

However, plaintiff's statement that he cannot engage in gainful employment is denied.

Fifth Sentence. This is plaintiff's request for relief, and it is denied that plaintiff is entitled to any relief,

Sixth Sentence. This sentence relates to plaintiff's request to be permitted to proceed in forma pauperis, and no answer to it is required.

Seventh Sentence. It is admitted that plaintiff has not engaged in gainful employment since his alleged onset date of March 6, 2004. As to the remainder of this sentence, defendant lacks knowledge or information sufficient to form a belief as to the truth of its averments.

Eight Sentence. Defendant lacks knowledge or information sufficient to form a belief as to the truth of its averments.

Ninth Sentence. This is a request for relief as to which no answer is required, but defendant denies that plaintiff is entitled to any relief.

Any averment in the complaint not specifically admitted or denied herein is hereby denied.

## SECOND DEFENSE

The findings of fact of the Commissioner are supported by substantial evidence and are conclusive.

\* \* \* \* \*

In accordance with Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), defendant files concurrently with this answer a certified copy of the administrative record, which includes the evidence upon which the findings and decisions complained of are based.

WHEREFORE, having fully answered, defendant requests that the Court enter judgment

affirming the Commissioner's decision of which plaintiff complains, in accordance with Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and dismiss plaintiff's complaint with prejudice

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. Bar #498610
                              United States Attorney
                                  /s/
                              FRED E. HAYNES, D.C. Bar #165654
                              Assistant United States Attorney
                              555 Fourth Street, N.W., E-4110
                              Washington, D.C.  20530
                              202. 514.7201

                              E. JAMES PAXTON
                              Paralegal Specialist

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing answer was served by first-class mail, postage prepaid, on June 18, 2007, on plaintiff at the following address:

>Mr. Joseph E. Smith
>606 Galveston Place, SE
>Washington, D.C. 20032

>/s/
>FRED E. HAYNES, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, NW., Room E-4110
>Washington, D.C.  20530
>202.514.7201