UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH, )<br>　　　Plaintiff, )<br>vs. )<br>MICHAEL J. ASTRUE[1] )<br>Commissioner of Social Security, )<br>　　　Defendant. ) | Civil Action No. 07-0485 ESH |

NOTICE OF FILING OF ADMINISTRATIVE RECORD

　　Defendant, the Commissioner of the Social Security Administration, hereby lodges the administrative record in the above-captioned case. The administrative record is being filed in paper copy. This notice is being filed both electronically and in paper copy. The administrative record has been redacted in accordance with the directive from the Judicial Conference and the local rules of this Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　FRED E. HAYNES, D.C. Bar #165654
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W., E-4110
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　202. 514.7201

---

[1] Michael J. Astrue, the Commissioner of the Social Security Administration, is the proper defendant in this case, not Judge Arthur, the administrative law judge who rendered a decision in this case.

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of June, 2007, a copy of the foregoing notice of filing of administrative record, together with a copy of the unredacted administrative record, was served by first-class mail, postage prepaid on:

        Mr. Joseph E. Smith
        606 Galveston Place, SE
        Washington, D.C. 20032

                /s/
        FRED E. HAYNES, D.C. Bar # 165654
        Assistant United States Attorney
        555 Fourth Street, N.W., E-4110
        Washington, D.C.  20530
        202. 514.7201