UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH           )<br>                           )<br>     Plaintiff,           )<br>                           )<br>vs.                        )  Civil Action No. 07-0485 ESH<br>                           )<br>MICHAEL J. ASTRUE          )<br>Commissioner of Social Security, )<br>                           )<br>     Defendant.            )<br>                           ) | |

NOTICE CONCERNING THE MEET AND CONFER REPORT

This is a social security case. Such cases are resolved by cross motions for either a judgment of affirmance of the Social Security Administration's decision or a judgment of reversal of that decision, supported by citations to the administrative record that has been filed with the Court. The purpose of this notice is to advise the Court that the parties have not been able to agree on a briefing schedule for these motions. The plaintiff, who is pro se, would like to discuss this matter with the Court at the hearing tomorrow (July 27) morning.

                                                Respectfully submitted,
`                                     /s/
                                                FRED E. HAYNES, D.C. Bar #165654
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W., E-4110
                                                Washington, D.C.  20530
                                                202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing notice concerning the meet and confer statement was served by first-class mail, postage prepaid, on:

> Mr. Joseph E. Smith
> 606 Galveston Place, SE
> Washington, D.C. 20032

> /s/
> FRED E. HAYNES, D.C. Bar # 165654
> Assistant United States Attorney
> 555 Fourth Street, N.W., E-4110
> Washington, D.C.  20530
> 202. 514.7201