UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH E. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-485 (ESH) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant, | ) |

**ORDER**

It is hereby

**ORDERED** that defendant shall file a dispositive motion by October 1, 2007.  Plaintiff shall file his opposition by November 2, 2007.  Defendant shall file a reply, if any, by November 16, 2007.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 30, 2007