**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JOSEPH E. SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-485 (ESH)** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

<u>**ORDER**</u>

It is hereby

**ORDERED** that, pursuant to Local Civil Rule 83.11, the Clerk of Court shall appoint

counsel to represent plaintiff in this action.

**SO ORDERED**.

_____
/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 30, 2007