IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SMITH, | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 07-00485 ESH |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | * |
| | * |
| Defendant. | |

LINE ENTERING APPEARANCE

MADAM CLERK:

Please enter the appearance of Stephen F. Shea, Esquire, 801 Roeder Road, Suite 550, Silver Spring, MD 20910, phone 301-495-6665, as counsel for the Plaintiff.

Respectfully submitted,


BY:_____
        Stephen F. Shea
        Attorney for Plaintiff
        801 Roeder Road, Suite 550
        Silver Spring, MD 20910
        (301)495-6665
        Bar No. 418423