UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) <br> ) | Civil Action No. 07-0485 ESH |

CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

At the initial scheduling conference in this case, at a time when plaintiff was proceeding pro se, the Court set a briefing schedule that commenced with defendant filing a dispositive motion by October 1, 2007. Since that hearing, an attorney experienced in social security law, Stephen F. Shea, has been appointed to represent plaintiff. Mr. Shea and undersigned counsel (Fred E. Haynes) have discussed this matter, and we propose the following briefing schedule, which is consistent with other briefing schedules in social security cases where the plaintiff is represented by counsel:

Plaintiff's Motion For Judgment Of
 Reversal                                                     October 3, 2007

Defendant's Motion For Judgment of
Affirmance and Defendant's Opposition
To Plaintiff's Motion For Judgment
Of Reversal                                            November 5, 2007

Plaintiff's Opposition To Defendant's
Motion For Judgment Of Affirmance
And Response To Defendant's Opposition.                November 20, 2007

     A proposed Order is attached.  Additionally, at the initial scheduling hearing, undersigned counsel advised that he would consult with the Social Security Administration about the impact on plaintiff's case of the letter presented by plaintiff at the hearing, dated this summer, from a doctor treating plaintiff.  The letter stated that plaintiff is disabled from work.  Specifically, undersigned counsel was to advise plaintiff as to whether he should include the letter in the instant case or file a new application for disability benefits based on the letter.  Now that plaintiff is represented by counsel, it is submitted that this issue is more appropriately addressed by his counsel.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR, D.C. Bar #498610
                      United States Attorney
                              /s/
                      FRED E. HAYNES, D.C. Bar # 165654
                      Assistant United States Attorney
                      555 4th Street, N.W., Room E-4110
                      Washington, D.C.  20530
                      202.514.7201

                      Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-0485 ESH |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the consent motion to modify the Court's briefing schedule, it is this ___ day of _____, 2007,

ORDERED that the briefing schedule set by the order entered on the docket on July 30, 2007, is vacated; and it is further

ORDERED that Plaintiff shall file a Motion for Judgment of Reversal on or before October 3, 2007; Defendant shall file his Motion For Judgment Of Affirmance and his Opposition To Plaintiff's Motion on or before November 5, 2007; and Plaintiff shall have to and including November 20, 2007, to respond to Defendant's filing.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record