UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 07-0485 ESH |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for an extension of time up to and including December 5, 2007, to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal.  Plaintiff's counsel has consented to this motion.  Due to the very heavy caseload of the agency attorneys assisting this office, undersigned counsel (Fred E. Haynes) has been advised that an additional thirty days is needed to respond to plaintiff's motion for judgment of reversal and to submit defendant's motion for judgment of affirmance. Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney
        /s/
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C.  20530
    202. 514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-0485 ESH |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of defendant's consent motion for an extension of time to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal, and the entire record in this case, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that defendant shall have to and including December 5, 2007, to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal; and it is

FURTHER ORDERED that plaintiff shall have to and including December 28, 2007, to file his opposition to defendant's motion for judgment of affirmance and his reply memorandum in support of his motion for judgment of reversal.

                                          UNITED STATES DISTRICT JUDGE

Copies to counsel of record