UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-0485 ESH |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S CONSENT MOTION FOR FURTHER EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for a further extension of time up to and including December 20, 2007, to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal. Plaintiff's counsel has consented to this motion. The agency counsel assisting undersigned counsel (Fred E. Haynes) on this case has advised that, due to a family emergency during the past several weeks, he needs an additional fifteen days to complete his work on this case. Attached is a draft order reflecting an extension of time of this duration.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
         /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202. 514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-0485 ESH |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

UPON CONSIDERATION of defendant's consent motion for a further extension of time to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal, and the entire record in this case, it is by the Court this ___ day of _____, ____, 2007, hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that defendant shall have to and including December 20, 2007, to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal; and it is

FURTHER ORDERED that plaintiff shall have to and including January 15, 2007, to file his opposition to defendant's motion for judgment of affirmance and his reply memorandum in support of his motion for judgment of reversal.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record