UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH SMITH,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-0485 (ESH) |
| **MICHAEL J. ASTRUE,** **Commissioner of the** **Social Security Administration,** | ) |
| **Defendant.** | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, plaintiff's Motion for Judgment of Reversal [Dkt. 14] is **DENIED**, and defendant's Motion for Judgment of Affirmance [Dkt. 17] is **GRANTED**.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 21, 2008