UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joseph Smith
_____
Plaintiff

vs.

Fred Elmore Haynes
555 4th Street NW
_____
Defendant

Civil Action No. 07-485 (ESH)

## NOTICE OF APPEAL

Notice is hereby given this 15 day of April 08, 20____, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 21 day of Feb 08, 20__

in favor of   Defendant

against said  Plaintiff

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Fred Elmore Haynes
US Attorney Office
555 4 st nw
Room E-4110
Wash DC 20001

NFP

**RECEIVED**
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT